CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

USA
    Plaintiff

vs.                                      Civil Action No. 7:98CV00131

ARTHUR G. COHEN,
    Defendant

**ORDER**

Pursuant to this Court's Standing Order entered on March 14, 2005, and given that this case has been closed since September 2, 1998 and the time for appeal has past, at the request of counsel, J. Scott Sexton, for the defendant, the Clerk is further ordered to destroy document [38], Certification of Arthur Cohen with attached Exhibit A, filed under seal on June 3, 1998.

The Clerk is directed to send copies of this order to all counsel of record.

Enter this 24th day of November, 2009.

                                                /s/ Jackson L. Kiser
                                                SENIOR UNITED STATES DISTRICT JUDGE